```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0165--CR (JWS)
              "USA V CHENG KOY SAECHAO ET AL"
                DEF 1.1 SAECHAO, CHENG KOY

     Including terminated defendants, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed:  11/15/00
           Closed:  07/12/02
No. of Defendants:  3
   MJ Case Number:
              AKA:  YAO CHENG CHOW, TOM CHING CHOW
  Location status:  U.S. Custody
       Trial date:  04/17/02
       Terminated:  YES
Needs interpreter:  YES
Counsel of record:  George Blair McCune
                    425 G Street, Suite 620
                    Anchorage, AK 99501
                    907-644-8568
                    Serve: YES
                     Type: CJA
                     Role: Appeal


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  United States Attorney
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Other
```

Counts re: DEF 1.1 SAECHAO, CHENG KOY

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:952 AND 960 IMPORTATION OF A CONTROLLED SUBSTANCE (F) | Terminated |
| 1 - 1 IND | 2 | 21:963 CONSPIRACY TO IMPORT A CONTROLLED SUBSTANCE (F) | Terminated |
| 1 - 1 IND | 3 | 21:846 CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (F) | Terminated |
| 1 - 1 IND | 4 | 21:841(a)(1) AND (b)(1)(C) POSSESSION IWHT THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (F) | Terminated |
| 101 - 1 | 1-S | 21:963 CONSPIRACY TO ATTEMPT TO IMPORT OPIUM (F) | Terminated |
| 101 - 1 | 2-S | 21:963 ATTEMPT TO IMPORT OPIUM (F) | Terminated |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0165--CR (JWS)
"USA V CHENG KOY SAECHAO ET AL"
DEF 1.1 SAECHAO, CHENG KOY

Including terminated defendants, excluding terminated counsel

| 139 - | 1 | 1-SS | 21:963 CONSPIRACY TO ATTEMPT TO IMPORT OPIUM (F) | Sentenced (184-1) |
| 139 - | 1 | 2-SS | 21:963 ATTEMPT TO IMPORT OPIUM (F) | Sentenced (184-1) |
| 139 - | 1 | 3-SS | 18:545 FACILITATING TRANSPORATION OF SMUGGLED GOODS (F) | Sentenced (184-1) |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0165--CR (JWS)
                            "USA V CHENG KOY SAECHAO ET AL"
                              DEF 2.1 SAECHO, CHIO ON
```

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/15/00
              Closed:  07/12/02
   No. of Defendants:  3
      MJ Case Number:
                 AKA:
     Location status:  Released on Own Recognizance
          Trial date:
          Terminated:  YES
    Needs interpreter:  YES
    Counsel of record:  F. Richard Curtner
                        Federal Public Defender Agency
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3412
                        FAX 907-646-3480
                        Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
    Counsel of record:  United States Attorney
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Other
```

Counts re: DEF 2.1 SAECHO, CHIO ON

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 3 | 21:846 CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (F) | Dismissed (126-1) |
| 1 -  1 IND | 4 | 21:841(a)(1) AND (b)(1)(C) POSSESSION IWHT THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (F) | Dismissed (126-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0165--CR (JWS)
                          "USA V CHENG KOY SAECHAO ET AL"
                             DEF 3.1 SAELEE, KAE FIN

                  Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  11/15/00
               Closed:  07/12/02
   No. of Defendants:  3
      MJ Case Number:
                  AKA:
      Location status:  U.S. Custody
           Trial date:
           Terminated:  YES
    Needs interpreter:  YES
    Counsel of record:  Thomas Burke Wonnell
                        2600 Denali Street, Suite 460
                        Anchorage, AK 99501
                        907-276-8008
                        FAX 907-278-8571
                        Serve: YES
                         Type: CJA
                         Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  United States Attorney
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Other
```

Counts re: DEF 3.1 SAELEE, KAE FIN

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 3 | 21:846 CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (F) | Dismissed (127-1) |
| 1 - 1 IND | 4 | 21:841(a)(1) AND (b)(1)(C) POSSESSION IWHT THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (F) | Dismissed (127-1) |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA          │
│              CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)              │
│                    "USA V CHENG KOY SAECHAO ET AL"                            │
├─────────────────────────────────────────────────────────────────────────────┤
│                            For all filing dates                              │
└─────────────────────────────────────────────────────────────────────────────┘
```

  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 11/15/00
             Closed: 07/12/02
No. of Defendants: 3


Document #   Filed     Docket text
──────────────────────────────────────────────────────────────────────────────

   1 -  1   11/15/00   [Re: DEF 1-3] PLF 1 Indictment.

NOTE -  1   11/16/00   [Re: DEF 1] Issued WOA.

NOTE -  2   11/16/00   [Re: DEF 2] Issued WOA.

NOTE -  3   11/16/00   [Re: DEF 3] Issued WOA.

   2 -  1   11/16/00   [Re: DEF 1-3] JDR Grand Jury Minutes; WOAs to issue; writs of H/C ad
                       Pros to follow; detention; all defs in state custody.

NOTE -  4   11/22/00   [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/20/00.

NOTE -  5   11/22/00   [Re: DEF 2] USM Notice of Arrest; defendant arrested 11/20/00.

NOTE -  6   11/22/00   [Re: DEF 3] USM Notice of Arrest; defendant arrested 11/20/00.

   3 -  1   11/27/00   [Re: DEF 1] Financial Affidavit.

   4 -  1   11/27/00   [Re: DEF 1] JDR Order regarding preparation for trial; ptms due
                       12/12/00.  cc: USA, W. Dewey

   5 -  1   11/27/00   [Re: DEF 1] JDR Order of Detention Pending Hearing; det hrg set 2:30
                       p.m., 11/28/00.  cc: USA, W. Dewey, USM, PO

   6 -  1   11/27/00   [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] of arr on Indt
                       (held 11/24/00); FPD to appt CJA cnsl; def states true name as Cheng Koy
                       Saechao; govt to confirm and advise crt re: spelling of def's last name;
                       def plead not guilty re: Cts 1-4; def detained; det hrg set 2:30 p.m.,
                       11/28/00; ptms due 12/12/00.  cc: FPD (CJA Clerk)

   7 -  1   11/27/00   [Re: DEF 2] Financial Affidavit.

   8 -  1   11/27/00   [Re: DEF 2] JDR Order regarding preparation for trial; ptms due
                       12/12/00.  cc: USA, FPD

   9 -  1   11/27/00   [Re: DEF 2] JDR Order of Detention Pending Hearing; det hrg set 11:15
                       a.m., 11/29/00.  cc: USA, FPD, USM,PO

  10 -  1   11/27/00   [Re: DEF 2] JDR Court Minutes [ECR: Linda Christensen] of arr on Indt
                       (held 11/24/00); def states true name as Chio On Saechao; govt to
                       confirm and advise crt re: correct spelling of def's last name; FPD
                       appointed; def plead not guilty re: Cts 3-4 of Indt; def detained; det
                       hrg set 11:15 a.m., 11/29/00; ptms due 12/12/00.

  11 -  1   11/27/00   [Re: DEF 3] Financial Affidavit.

  12 -  1   11/27/00   [Re: DEF 3] JDR Order of Detention Pending Hearing; det hrg set 2:00
                       p.m., 11/30/00.  cc: USA, T. Wonnell, USM, PO
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
"USA V CHENG KOY SAECHAO ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 11/27/00 | [Re: DEF 3] JDR Court Minutes [ECR: Linda Christensen] of arr on Indt (held 11/24/00); Burke Wonnell appointed as CJA cnsl; arr cont to 11/30/20 at 2:00 p.m.; det hrg set 11/30/00 at 2:00 p.m.  cc: FPD (CJA Clerk) |
| 14 - 1 | 11/27/00 | DEF 3 motion (ex parte) for authorization of services. |
| NOTE - 7 | 11/28/00 | [Re: DEF 1-2] Issued: Speedy Trial Notice to Judge Sedwick.  cc: Pam Richter |
| 15 - 1 | 11/28/00 | DEF 2 Unopposed Motion on shortened time to vacate detention hrg set for 11/29/00. |
| 16 - 1 | 11/28/00 | [Re: DEF 2] JDR Order grant unopposed motion on shortened time to vacate 11/29/00 detention hrg. cc: USA, FPD, USM, USPO |
| 17 - 1 | 11/28/00 | [Re: DEF 2] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 18 - 1 | 11/28/00 | [Re: DEF 2] JDR Minute Order granting motion for authorization of services (14-1). cc: T. Wonnell, FPD CJA Clerk |
| 19 - 1 | 11/29/00 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Detention Hrg (held 11/28/00); def did not contest detention; def detained. cc: USA, W. Dewey, USM, USPO |
| 20 - 1 | 11/29/00 | [Re: DEF 1] JWS Order of Detention Pending Trial. cc: USA, W. Dewey, USM, USPO |
| NOTE - 8 | 12/01/00 | [Re: DEF 1] Issued: Speedy Trial Notice to Judge Sedwick. cc: Pam Richter |
| 21 - 1 | 12/01/00 | USM [Re: DEF 1] Return of WOA executed 11/20/00. |
| 22 - 1 | 12/01/00 | USM [Re: DEF 3] Return of WOA executed 11/20/00. |
| 23 - 1 | 12/01/00 | USM [Re: DEF 2] Return of WOA executed 11/20/00. |
| 24 - 1 | 12/01/00 | [Re: DEF 3] JDR Court Minutes [ECR: Elisa Singleton/Denali Elmore] re Cont Arr/EOP/Detention hrg (held 11/30/00); def pled not guilty to cts 3&4; def detained; PTM's due 12/14/00. cc: USA, T. Wonell, USM, USPP, Judge Sedwick, Finance |
| 25 - 1 | 12/01/00 | [Re: DEF 3] JDR Order of Detention Pending Trial. cc: USA, T. Wonnell, USM, USPO |
| 26 - 1 | 12/01/00 | [Re: DEF 3] JDR Order regarding preparation for trial re PTM's due 12/14/00; cnsl to meet & confer 12/1/00. cc: USA, T. Wonnell |
| 27 - 1 | 12/07/00 | DEF 3 Attorney Appearance of T. Wonnell. |
| 28 - 1 | 12/08/00 | [Re: DEF 1-3] JWS Minute Order setting TBJ 2/1/01 at 9:00 am & FPTC set for 2/1/01 at 8:30 am. cc: USA, FPD, W. Dewy, T. Wonnell, USM, PO, JC, MJ Roberts |
| 29 - 1 | 12/12/00 | DEF 2 Unopposed Motion to enlarge time for pretrial mots w/att aff of cnsl. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
                         "USA V CHENG KOY SAECHAO ET AL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|

29 -   2  12/12/00   DEF 2  Unopposed Motion on shortened time to enlarge time for pretrial
                     mots w/att aff of cnsl.

30 -   1  12/12/00   [Re: DEF 2] JDR Minute Order re hrg on def's unopposed motion on
                     shortened time to enlarge time for pretrial motions set for 12/13/00 at
                     11;30 a.m. cc: USA, FPD

31 -   1  12/12/00   DEF 1 Unopposed Motion to have case declared complex, continue trial and
                     set a trial setting conf aff & exh.

31 -   2  12/12/00   DEF 1 Unopposed Motion to continue pretrial mots w/att affs & exh.

32 -   1  12/12/00   {SEALED}

32A-   1  12/12/00   DEF 3 CJA appointment of T. Wonnell.

32B-   1  12/12/00   DEF 1 CJA appointment of W. Dewey.

33 -   1  12/13/00   [Re: DEF 2] JDR Minute Order re hrg set for 12/13/00 at 11:30 a.m.
                     before MJ Roberts is VACATED. cc; USA, FPD, USM, USPO

34 -   1  12/13/00   {SEALED}

35 -   1  12/13/00   [Re: DEF 3] PLF 1 discovery conf certificate.

36 -   1  12/13/00   [Re: DEF 1] PLF 1 discovery conf certificate.

37 -   1  12/13/00   [Re: DEF 2] PLF 1 discovery conf certificate.

38 -   1  12/14/00   DEF 3 joinder to (unopposed) mot to have case declared complex & to
                     continue trial & to set trial setting conf to establish new dates (31-1
                     & 31-2).

39 -   1  12/19/00   [Re: DEF 1-3] JWS Minute Order that stat conf is set 12/27/00 at 8:15
                     a.m. for purpose of setting trial date consistent w/needs of the
                     parties.  cc: USA, FPD, T. Wonnel, W. Dewey, USM, PO

40 -   1  12/20/00   [Re: DEF 1] JDR Minute Order re def's unopposed motion to extend PTM's
                     ddln (31-2) is held in abeyance until Judge Sedwick rules on def mot to
                     declare case complex & continue trial date (31-1) hrg currently set
                     before Judge Sedwick on 12/27/00. cc: USA, W. Dewey

41 -   1  12/27/00   [Re: DEF 1-3] JWS Court Minutes [ECR: Elisa Singleton] Status Conf (held
                     12/27/00) crt found case to be complex & GRANTED the mot at dkt 31; TBJ
                     & FPTC set for 2/1/01 continued to 4/23/01 w/FPTC at 8:30am & TBJ at
                     9:00am. cc: USA, F. Dewey, FPD, T. Wonnell, USM, PO, MJ Roberts, JC

42 -   1  12/29/00   [Re: DEF 1] JDR Minute Order re def;s mot to extend PTM ddlns (31-2)
                     granted in part & denied in part; dscvy mot's due 1/5/01; all other
                     motions due 1/15/01; the need for a status conf to determine PTM ddln is
                     denied as moot. cc: USA, W. Dewey

43 -   1  01/03/01   DEF 1 motion to compel discovery and production of evidence w/att aff&
                     exhs.

44 -   1  01/17/01   [Re: DEF 1] JDR Order granting motion to compel discovery and production
                     of evidence (43-1). cc: USA, W. Dewey

---

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
"USA V CHENG KOY SAECHAO ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 45 - 1 | 01/18/01 | [Re: DEF 1-3] JWS Order appointing interpreter, Kenneth Thunge. cc: USA, W. Dewey, FPD, T. Wonnell, USM, PO, MJ Roberts, Finance, Chief Deputy, K. Thunge (w/pkg) |
| 46 - 1 | 01/19/01 | {SEALED} |
| 47 - 1 | 01/25/01 | {SEALED} |
| 48 - 1 | 01/31/01 | {SEALED} |
| 49 - 1 | 01/31/01 | {SEALED} |
| 50 - 1 | 02/15/01 | DEF 1 Exhibit inventory and dispostion notice re: copies of discovery returned to DEF 1. |
| 51 - 1 | 02/16/01 | DEF 1 Unopposed motion to set new motions' due date w/atch aff & exhibits. |
| 52 - 1 | 02/20/01 | [Re: DEF 1] JDR Order grant unopposed motion to extend time until 2/23/01 to file PTM's. cc: USA, W. Dewey |
| 53 - 1 | 03/20/01 | DEF 2 Unopposed Motion for Bail Review Hrg. |
| 54 - 1 | 03/22/01 | [Re: DEF 2] JDR Order grant unopposed motion for bail review hrg; bail review hrg set for 3/23/01 at 11:00 a.m. cc: USA, FPD, USM, USPO |
| 55 - 1 | 03/26/01 | [Re: DEF 2] JDR Court Minutes [ECR: Linda Christensen] re Bail Review Hrg (held 3/23/01); def released to Cordova Center w/conditions. cc: USA, FPD, USM, USPO |
| 56 - 1 | 03/26/01 | [Re: DEF 2] Order setting conditions of release. cc: USA, FPD, USM, USPO |
| 57 - 1 | 03/26/01 | [Re: DEF 2] Copy of JDR Order of Release. cc: USA, FPD, USM, USPO |
| 58 - 1 | 04/05/01 | DEF 1 motion to allow out of country depositions and expenses for counsel and an interpreter w/att aff and exhs. |
| 59 - 1 | 04/05/01 | DEF 1 motion on shortened time to continue trial. |
| 60 - 1 | 04/05/01 | DEF 1 motion to consider motion to continue trial and motion to depose out of country witnesses on an expedited basis. |
| 61 - 1 | 04/05/01 | {SEALED} |
| 62 - 1 | 04/05/01 | {SEALED} |
| 63 - 1 | 04/05/01 | {SEALED} |
| 64 - 1 | 04/05/01 | {SEALED} |
| 64 - 2 | 04/05/01 | {SEALED} |
| 65 - 1 | 04/05/01 | {SEALED} |
| 66 - 1 | 04/06/01 | [Re: DEF 1-3] JWS Minute Order granting mot to consider mot to continue trial and mot to depose out of country witnesses on shortened time (60-1); a hrg on mot to continue trial and mot to depose is set 4/10/01 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
"USA V CHENG KOY SAECHAO ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | at 3:00 p.m.; all defs to appear. cc: USA, F. Dewey, R. Curtner, B. Wonnell, USM, USPO |
| 67 - 1 | 04/10/01 | {SEALED} |
| 68 - 1 | 04/11/01 | {SEALED} |
| 69 - 1 | 04/12/01 | [Re: DEF 1-3] JWS Court Minutes [ECR: Bonnie Boyer] re: hrg held 4/10/01 on mot to continue trial and to allow out of country depos; granting mot to allow out of country depos and expenses for cnsl and an interpreter (58-1), mot on shortened time to continue trial (59-1); TBJ cont to 6/11/01. cc: USA, W. Dewey, F. Curtner, T. Wonnell, USM, USPO, MJ Roberts, JC |
| 70 - 1 | 04/12/01 | {SEALED} |
| 71 - 1 | 04/16/01 | [Re: DEF 1-3] JWS Minute Order vacating 4/23/01 FPTC and resetting it to 6/11/01 at 8:30 a.m.; 6/11/01 TBJ to start at 9:00 a.m.. cc: USA, F. Dewey, R. Curtner, T. Wonnell, USM, USPO, MJ Roberts, JC |
| 72 - 1 | 05/01/01 | DEF 1 motion to approve expenses & notice of agreement on interpreter |
| 72 - 2 | 05/01/01 | DEF 1 motion for shortened time |
| 72 - 3 | 05/01/01 | [Re: DEF 1] JWS Order granting motion to approve expenses & notice of agreement on interpreter (72-1), motion for shortened time (72-2).  cc: C. Brown, W. Dewey, FPD-CJA |
| 73 - 1 | 05/01/01 | [Re: DEF 1] PLF 1 Notice of intent to not place evidence before the trial jury. |
| 74 - 1 | 05/01/01 | [Re: DEF 1] PLF 1 motion for reconsideration of court's ruling granting defendant's motion to allow out of country depositions (dkt #58). |
| 75 - 1 | 05/03/01 | [Re: DEF 1] JWS Minute Order re: def's response to the motion for reconsideration at dkt 74 is due by 5/7/01 & a reply may be filed by 5/9/01. cc: C. Brown, W. Dewey |
| 76 - 1 | 05/03/01 | {SEALED} |
| 76 - 2 | 05/03/01 | {SEALED} |
| 77 - 1 | 05/07/01 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion for reconsideration of court's ruling granting defendant's motion to allow out of country depositions (dkt #58) (74-1) w/att exhs and under seal ex parte exh 1. |
| 78 - 1 | 05/09/01 | [Re: DEF 1] PLF 1 reply to opposition to PLF 1 motion for reconsideration of court's ruling granting defendant's motion to allow out of country depositions (dkt #58). (74-1). |
| 79 - 1 | 05/11/01 | [Re: DEF 1] JWS Minute Order denying motion for reconsideration of court's ruling granting defendant's motion to take depos in Thailand (74-1). cc: USA, F. Dewey |
| NOTE - 9 | 05/17/01 | [Re: DEF 2] Issued WOA. |
| NOTE - 10 | 05/18/01 | [Re: DEF 2] USM Notice of Arrest; defendant arrested 5/17/01. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
"USA V CHENG KOY SAECHAO ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 80 - 1 | 05/18/01 | [Re: DEF 2] Return of WOA executed on 5/17/01 at Anchorage. |
| 81 - 1 | 05/23/01 | [Re: DEF 2] JDR Court Minutes [ECR: Denali Elmore] re I/A on violation of cond's of release (held 5/21/01); pltf's oral motion to revoke def's cond's of pretrial release granted; def detained. cc: USA, FPD, USM, USPO, Finance |
| 82 - 1 | 05/23/01 | [Re: DEF 2] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 83 - 1 | 05/24/01 | {SEALED} |
| 84 - 1 | 05/30/01 | {SEALED} |
| 85 - 1 | 06/01/01 | {SEALED} |
| 86 - 1 | 06/04/01 | DEF 2 Notice of Intent to change plea. |
| 87 - 1 | 06/04/01 | DEF 1 Notice of serving of deposition copies to government. |
| 88 - 1 | 06/04/01 | DEF 1 Trial Brief w/att exhs. |
| 88 - 2 | 06/04/01 | DEF 1 motion for voir dire instructions w/att exhs. |
| 89 - 1 | 06/04/01 | DEF 1 motion (request) for jury instructions w/att exh. |
| 90 - 1 | 06/05/01 | [Re: DEF 1] JWS Minute Order referring to MJ motion for issuance of out-of-district subpoenas & travel expenses (85-1) per MJ Rule 5. cc: F. Dewey, MJ Roberts |
| 91 - 1 | 06/05/01 | DEF 1 Notice of Intent to change plea. |
| 92 - 1 | 06/06/01 | [Re: DEF 2] PLF 1 Notice of new information in A01-100CR (JWS). |
| 93 - 1 | 06/07/01 | [Re: DEF 1] PLF 1 Notice of new information in A01-102CR (JWS). |
| 94 - 1 | 06/07/01 | [Re: DEF 2] Certified cy JWS Minute Order setting arr and EOP in A01-100 CR; vacating 6/11/01 FPTC and TBJ. |
| 95 - 1 | 06/07/01 | [Re: DEF 1] Certified cy JWS Minute Order setting arr and EOP in A01-102 CR; vacating 6/11/01 FPTC and TBJ. |
| 96 - 1 | 06/08/01 | [Re: DEF 3] PLF 1 Notice of new information in case A01-103CR(JWS). |
| 97 - 1 | 06/08/01 | DEF 3 Notice of Intent to change plea. |
| 98 - 1 | 06/08/01 | [Re: DEF 3] Certified cy JWS Minute Order setting arr and EOP in A01-103 CR (JWS); 6/11/01 FPTC and TBJ vacated. |
| 99 - 1 | 06/14/01 | [Re: DEF 2] CY OF JWS Order of Release (original to USM by ECR); def released subject to order in A01-100 CR (JWS).  cc: USA, FPD, USM, PO |
| 100 - 1 | 06/18/01 | [Re: DEF 3] Cy JWS Order of Release (original to USM by ECR); def released subject to ord in A01-103 CR (JWS). cc: USA, T. Wonnell, USM, USPO |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
"USA V CHENG KOY SAECHAO ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 101 - 1 | 06/20/01 | [Re: DEF 1] PLF 1 Superseding Indictment. |
| 102 - 1 | 06/21/01 | [Re: DEF 1] AHB Grand Jury Minutes re bail cont as prev set; set for arr & notify USM; def in custody. |
| 103 - 1 | 06/21/01 | [Re: DEF 1] JDR Minute Order re Arr on SIndt set for 6/21/01 at 9:30 a.m. cc: USA, W. Dewey, USM, USPO |
| 104 - 1 | 06/21/01 | PLF 1 Attorney Appearance of M. Rosenbaum. |
| 105 - 1 | 06/22/01 | [Re: DEF 1] JDR Minute Order re Arr on SIndt set for 6/22/01 is VACATED & RESET for 6/26/01 at 3:30 p.m. cc: USA, W. Dewey, USM, USPO |
| 106 - 1 | 06/25/01 | [Re: DEF 1] PLF 1 Notice of lodging original exh at def's request w/att exh. |
| 107 - 1 | 06/27/01 | [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re on SIndt (held 6/26/01); def pled not guilty; as to counts 1 & 2 of the SIndt; PTM's ddln not set pending resolution of plea agreement in case A01-0102 CR (JWS); govt to advise MJ as to the dispo of the plea agreement; detention uncontested; def detained. cc: USA, W. Dewey, USM, USPO, Judge Sedwick |
| 108 - 1 | 06/28/01 | [Re: DEF 1] JWS Minute Order denying motion for voir dire instructions (88-2), motion (request) for jury instructions (89-1).  cc: USA, F. Dewey |
| 109 - 1 | 06/28/01 | {SEALED} |
| 109 - 2 | 06/28/01 | {SEALED} |
| 110 - 1 | 07/05/01 | {SEALED} |
| 111 - 1 | 07/09/01 | {SEALED} |
| 111 - 2 | 07/11/01 | {SEALED} |
| 112 - 1 | 07/26/01 | DEF 1 motion for approval of transportation & expenses pursuant to 18:4285 w/att aff. |
| 112 - 2 | 07/26/01 | DEF 1 motion for consideration on shortened time re 112-1. |
| 113 - 1 | 07/26/01 | DEF 1 motion for detention/bail review hearing w/att aff. |
| 113 - 2 | 07/26/01 | DEF 1 motion for consideration on shortened time re 113-1. |
| 114 - 1 | 07/26/01 | PLF 1 Attorney Appearance of Mark Rosenbaum. |
| 115 - 1 | 07/27/01 | [Re: DEF 1] JDR Order granting motion for detention/bail review hearing (113-1), motion for consideration on shortened time re 113-1 (113-2); Bail Review hrg set for 7/31/01 at 9:00 a.m. cc: USA, W. Dewey, USM, USPO |
| 116 - 1 | 07/27/01 | [Re: DEF 1] JWS Minute Order re: rpt at dkt 17 in A01-102 CR; FPTC set 9/24/01 at 8:30 a.m.; TBJ set 9/24/01 at 9:00 a.m.; crt found ends of justice served by scheduling trial on that date outweigh interests ofpublic and def in speedier trial (18 U.S.C. 3161(h)(8)(A). cc: USA, F. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
"USA V CHENG KOY SAECHAO ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | Dewey, USM, USPO, MJ Roberts, JC |
| 117 - | 1 | 07/31/01 | [Re: DEF 1] JDR Minute Order re Bail Review Hrg set for 7/31/01 is RESET for 8/1/01 at 2:30 p.m. cc: USA, F. Dewey, USM, USPO, Finance |
| 118 - | 1 | 08/02/01 | [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore] re Bail Review Hrg (held 8/1/01); def's oral bail request granted; bond set at $7,500. unsecured; def released; defense cnsl to submit a new order for non-custodial transportation to CA at govt's expense to chambers & fiel a motion for non-custodial transportation to AK at govt's expense. cc: USA, F. Dewey, USM, USPO, Finance |
| 119 - | 1 | 08/02/01 | [Re: DEF 1] Appearance bond of $7,500. unsecured. |
| 120 - | 1 | 08/02/01 | [Re: DEF 1] Order setting conditions of release re bond set at $7,500. unsecured. cc: USA, F. Dewey, USM, USPO |
| 121 - | 1 | 08/02/01 | [Re: DEF 1] Copy of JDR Order of Release. Def released 8/1/01. cc: USA, F. Dewey, USM, USPO |
| 122 - | 1 | 08/02/01 | [Re: DEF 1] JDR Order granting motion for approval of transportation & expenses pursuant to 18:4285 (112-1), motion for consideration on shortened time re 112-1 (112-2). cc: USA, F. Dewey, USM, USPO |
| 123 - | 1 | 08/07/01 | {SEALED} |
| 123 - | 2 | 08/08/01 | {SEALED} |
| 124 - | 1 | 08/09/01 | {SEALED} |
| 124 - | 2 | 08/13/01 | {SEALED} |
| 125 - | 1 | 08/16/01 | {SEALED} |
| 126 - | 1 | 08/24/01 | [Re: DEF 2] JWS Judgment of Discharge dismissing w/o prej cts 3,4 of the Indictment (1-1). cc: USA, R. Curtner, Def w/cnsls cy; USM, USPO, MJ Roberts |
| 127 - | 1 | 08/24/01 | [Re: DEF 3] JWS Judgment of Discharge dismissing w/o prej cts 3,4 of the Indt (1-1). cc: USA, T. Wonnell, USM, USPO, MJ Roberts, Def w/cnsls cy |
| 128 - | 1 | 09/07/01 | {SEALED} |
| 129 - | 1 | 09/07/01 | {SEALED} |
| 130 - | 1 | 09/12/01 | DEF 1 motion for approval of transportation & expenses w/att aff. |
| 130 - | 2 | 09/12/01 | DEF 1 motion for expedited basis re 130-1 w/att aff. |
| 131 - | 1 | 09/12/01 | {SEALED} |
| 131 - | 2 | 09/12/01 | {SEALED} |
| 132 - | 1 | 09/12/01 | DEF 1 Stipulation for bail modification for def w/att aff. |
| 132 - | 2 | 09/12/01 | DEF 1 motion for expeditied basis re 132-1. |
| 131 - | 3 | 09/13/01 | {SEALED} |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
"USA V CHENG KOY SAECHAO ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 132 - 3 | 09/13/01 | [Re: DEF 1] JDR Order granting stipulation Stipulation for bail modification for def (132-1), motion for expeditied basis re 132-1 (132-2). cc: USA, W. Dewey, USM, USPO |
| 133 - 1 | 09/13/01 | {SEALED} |
| 134 - 1 | 09/13/01 | {SEALED} |
| 135 - 1 | 09/13/01 | [Re: DEF 1] JDR Order granting motion for approval of transportation & expenses (130-1), motion for expedited basis re 130-1 (130-2); USM to provide transportation as directed. cc: W. Dewey, USM, FPD CJA Clerk |
| 136 - 1 | 09/17/01 | DEF 1 Notice to crt that def will be requesting a judge tried trial and plf's intention to agree and def's position re: scheduling matters surrounding trial. |
| 137 - 1 | 09/19/01 | [Re: DEF 1] PLF 1 Trial Brief. |
| 138 - 1 | 09/20/01 | [Re: DEF 1] PLF 1 motion (appl) to use DEPS unit for trial. |
| 138 - 2 | 09/20/01 | [Re: DEF 1] JWS Order granting motion (appl) to use DEPS unit (138-1). cc: USA, W. Dewey, Systems |
| 139 - 1 | 09/20/01 | [Re: DEF 1] PLF 1 Second Superseding indictment. |
| 140 - 1 | 09/20/01 | [Re: DEF 1] JWS Minute Order setting arr on 2nd SIndt for 9/24/01 at 8:30 a.m.; resetting FPTC to 9:00 a.m. on 9/24/01 and trial to 9:30 a.m. on 9/24/01. cc: USA, F. Dewey, USM, USPO, MJ Roberts, JC |
| 141 - 1 | 09/24/01 | [Re: DEF 1] JWS Court Minutes [ECR: Bonnie Boyer] re: arr and FPTC held 9/24/01; def pled not guilty to 2nd SIndt; waiver of TBJ fld; mot to allow def to use tape recorder granted (143-1); def oral mot to cont trial by 1 day granted; crt vacated 9/25/01 TBC and set stat conf for 9/28/01 at 9:00 a.m.. cc: USA, F. Dewey, USM, USPO, MJ Roberts, JC |
| 142 - 1 | 09/24/01 | [Re: DEF 1] Waiver of TBJ and JWS Order of approval. cc: USA, F. Dewey, |
| 143 - 1 | 09/24/01 | DEF 1 motion to allow defendant to use tape recorder in courtroom during trial. |
| 144 - 1 | 09/24/01 | DEF 1 motion to suppress statement of defendant w/att aff and exh. |
| 145 - 1 | 09/28/01 | [Re: DEF 1] JWS Order approving transportation and expenses from Anch to Redding California. cc: USA, W. Dewey, USM |
| 146 - 1 | 09/28/01 | DEF 1 motion for approval of transportation & expenses |
| 147 - 1 | 10/01/01 | [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] status conference, held 9/28/01; parties to file notice of exchange of transcripts & copies of all transcripts; status report due from def cnsl one week after exchange; report from plf due one week after that. cc: USA, W. Dewey, PO, Finance |
| 148 - 1 | 10/15/01 | [Re: DEF 1] JWS Minute Order correcting minutes at dkt 147; one week after exchange of transcripts DEF 1 to file suppl memo in support of mot at dkt 144; one week after that PLF 1 to file oppo to mot at dkt 144 or parties may file stip re: agreed disposition. cc: USA, F. Dewey |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
                        "USA V CHENG KOY SAECHAO ET AL"
```

| | For all filing dates |
|---|---|

Document #   Filed     Docket text
_____

 149 -  1  10/23/01  [Re: DEF 1] PLF 1 Report re: stat of tape recording translation.

 150 -  1  11/06/01  [Re: DEF 1] PLF 1 Status Report.

 151 -  1  11/13/01  [Re: DEF 1] PLF 1 Notice of filing transcript of translation.

 152 -  1  11/13/01  DEF 1 Notice of filing def's translated and transcribed statement by
                     court interpreter, Mr. Kenneth Thungc w/att exh.

 153 -  1  11/21/01  DEF 1 Unopposed motion to continue the supplemental briefing schedule on
                     defendant's motion to suppress.

 154 -  1  11/23/01  {SEALED}

 155 -  1  11/26/01  DEF 1 Supplemental memo re: DEF 1 motion to suppress statement of
                     defendant  (144-1) w/att aff.

 153 -  2  11/28/01  [Re: DEF 1] JWS Order granting unopposed motion to continue the
                     supplemental briefing schedule on def (153-1) mot to suppress; def's
                     brief due 11/26/01, opp due 12/10/01. cc: USA, W. Dewey

 154 -  2  11/28/01  {SEALED}

 156 -  1  11/28/01  {SEALED}

 156 -  2  11/29/01  {SEALED}

 157 -  1  12/07/01  [Re: DEF 1] PLF 1 Suppl response to DEF 1 suppl memo re: DEF 1 motion to
                     suppress statement of def (144-1).

 158 -  1  12/11/01  DEF 1 motion for status hearing before 12/19/01 or after 1/1/02 to set
                     hearing on motion to suppress and/or a trial date w/defendant appearing
                     telephonically.

 158 -  2  12/12/01  [Re: DEF 1] JWS Order granting mot for status hearing before 12/19/01 or
                     after 1/1/02 (158-1); stat conf set 1/4/02 at 8:00 a.m.. cc: USA, F.
                     Dewey, USM, USPO

 159 -  1  12/20/01  [Re: DEF 1] JWS Minute Order granting motion to suppress statement of
                     defendant (144-1). cc: USA, F. Dewey

 160 -  1  01/04/02  [Re: DEF 1] JWS Court Minutes [ECR: Bonnie Boyer] re: stat conf held
                     1/4/02; FPTC set 2/19/02 at 8:30 a.m. and trial set 2/19/02 at 9:00
                     a.m.; off record TBC set 2/19/02 at 9:00 a.m.. cc: USA, F. Dewey, USM,
                     USPO, MJ Roberts

 161 -  1  02/06/02  DEF 1 motion on shortened time for approval of transportation and
                     expenses for trial w/att aff.

 162 -  1  02/06/02  {SEALED}

 163 -  1  02/07/02  [Re: DEF 1] JKS Order granting motion on shortened time for approval of
                     transportation and expenses (161-1). cc: USA, F. Dewey, USM, USPO

 164 -  1  02/07/02  {SEALED}

 165 -  1  02/08/02  [Re: DEF 1] PLF 1 Unopposed motion on shortened time to continue trial.

_____

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
                       "USA V CHENG KOY SAECHAO ET AL"

                            For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 166 - 1 | 02/08/02 | {SEALED} |
| 167 - 1 | 02/11/02 | [Re: DEF 1] JWS Minute Order granting unoppo mot on shortened time to continue trial (165-1); 2/19/02 FPTC and TBC are reset to 4/17/02 at 8:30 a.m. and 9:00 a.m., respectively. cc: USA, F. Dewey, USM, USPO, MJ Roberts |
| 167 - 2 | 02/11/02 | [Re: DEF 1] JWS Order of excludable delay per 18:3161 (h)(8) from 2/19/02 to 4/17/02 (60 days-Code T). |
| 168 - 1 | 02/11/02 | {SEALED} |
| 169 - 1 | 02/11/02 | {SEALED} |
| 170 - 1 | 02/19/02 | [Re: DEF 1] JWS Order of excludable delay re #159. |
| 171 - 1 | 03/05/02 | {SEALED} |
| 171 - 2 | 03/07/02 | {SEALED} |
| 172 - 1 | 03/26/02 | {SEALED} |
| 173 - 1 | 03/27/02 | {SEALED} |
| 174 - 1 | 03/27/02 | {SEALED} |
| 175 - 1 | 04/05/02 | {SEALED} |
| 176 - 1 | 04/05/02 | [Re: DEF 1] PLF 1 motion on shortened time to continue trial. |
| 177 - 1 | 04/08/02 | [Re: DEF 1] JWS Minute Order denying motion on shortened time to continue trial (176-1). cc: USA, F. Dewey |
| 178 - 1 | 04/18/02 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton/Robin Carter] re: FPTC and 1st day TBC held 4/17/02; TBC to resume 4/18/02 at 9:00 a.m.. cc: Finance |
| 179 - 1 | 04/18/02 | [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter/Denali Elmore] re: 2nd day TBC held 4/18/02; crt to reconvene 4/19/02 at 9:00 a.m.. cc: Finance |
| 180 - 1 | 04/19/02 | [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] re: 3rd day TBC held 4/19/02; crt found def guilty on cts 1-3; def remanded to custody of USM; IOS to be set by MO; admitted exhs returned to cnsl w/att wit and exh list. cc: USA, F. Dewey, USM, PO, MJ Roberts, Finance |
| 181 - 1 | 04/23/02 | [Re: DEF 1] JWS Minute Order setting IOS on 7/11/02 at 8:30 a.m.. cc: USA, F. Dewey, USM, USPO, MJ Roberts, Finance |
| 182 - 1 | 07/05/02 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 183 - 1 | 07/05/02 | DEF 1 Sentencing Memorandum w/att exhs. |
| 184 - 1 | 07/12/02 | [Re: DEF 1] JWS Judgment found guilty on count(s) 1SS,2SS,3SS of document (139-1).  Imprisonment 97 months, 97 months on counts 1 & 2, and 60 months on count 3, all to run concurrently w/recommendation to the BOP.  Def is remanded to the custody of the USM. SR 3 years w/special conditions; SA $300.00.  cc: M. Rosenbaum, W. Dewey, Def |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
"USA V CHENG KOY SAECHAO ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | w/cnsl cy, USM, USPO, MJ Roberts, FLU |
| 185 - 1 | 07/16/02 | [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: IOS held 7/11/02; def sentenced to 97 mos on cts 1 and 2; 60 mos on ct 3; terms to run concurrent; 36 mos SR on cts 1,2,3 to run concurrent; $300.00 SA; def remanded to USM. cc: Finance |
| NOTE - 11 | 07/18/02 | Transmittal: Forwarded notice of appeal (186-1) to 9CCA. |
| 186 - 1 | 07/18/02 | DEF 1 appeal to 9CCA of (184-1) filed 07/12/02. cc:cnsl, Judge, 9CCA DEF 1 appeal to 9CCA of (184-1) filed 07/12/02. cc:cnsl, Judge Sedwick, 9CCA |
| 187 - 1 | 07/18/02 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (186-1) cc:cnsl, ECR, 9CCA (Original) |
| 188 - 1 | 08/07/02 | DEF 1 Notice of ordering of transcript & filing of transcript designation form re: (186-1). |
| 189 - 1 | 08/07/02 | DEF 1 Transcript Designation/Order Form re: notice of appeal (186-1). cc:ecr |
| 190 - 1 | 08/13/02 | [Re: DEF 1] Partial Transcript re: IOS held 7/11/02. |
| 191 - 1 | 08/13/02 | {SEALED} |
| 191 - 2 | 08/14/02 | {SEALED} |
| 192 - 1 | 08/23/02 | {SEALED} |
| 192 - 2 | 08/27/02 | {SEALED} |
| 193 - 1 | 09/24/02 | [Re: DEF 1] Transcript ARR on S Indt held 6/26/01 re: notice of appeal (186-1). (located in expando file) |
| 194 - 1 | 09/24/02 | [Re: DEF 1] Transcript Bail Review Hrg held 8/1/01 re: notice of appeal (186-1). (located in expando file) |
| 195 - 1 | 09/24/02 | [Re: DEF 1] Transcript ARR on SSIndt/FPTC held on 9/24/01 re: notice of appeal (186-1) (located in expando file) |
| 196 - 1 | 09/24/02 | [Re: DEF 1] Transcript FPTC/TBC - Day 1 held 4/17/02 re: notice of appeal (186-1).(located in expando file) |
| 197 - 1 | 09/24/02 | [Re: DEF 1] Transcript TBC - Day 2 held 4/18/02 re: notice of appeal (186-1) .(located in expando) |
| 198 - 1 | 09/24/02 | [Re: DEF 1] Transcript TBC - Day 3 held 4/19/02 re: notice of appeal (186-1) .(located in expando file) |
| 199 - 1 | 09/24/02 | [Re: DEF 1] Transcript IOS held 7/11/02 re: notice of appeal (186-1). (located in expando file) |
| 200 - 1 | 09/24/02 | [Re: DEF 1] cy 9CCA Certificate of Record. (186-1) cc:USA, W. Dewey, Judge Sedwick, 9CCA (original) |
| 201 - 1 | 12/11/02 | {SEALED} |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
"USA V CHENG KOY SAECHAO ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 201 - 2 | 12/12/02 | {SEALED} |
| 202 - 1 | 01/23/03 | {SEALED} |
| 202 - 2 | 01/27/03 | {SEALED} |
| 203 - 1 | 02/04/03 | [Re: DEF 1] JDR Minute Order re ex parte hrg re CJA 21 voucher (202-1) set for 2/7/03 at 9:30 a.m. cc: W. Dewey |
| 204 - 1 | 02/05/03 | {SEALED} |
| 205 - 1 | 02/07/03 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re ex parte hrg re CJA voucher (202-1) hld 2/7/03; W. Dewey to submit aff w/in 30 days as directed. cc: W. Dewey |
| 204 - 2 | 02/10/03 | {SEALED} |
| 206 - 1 | 02/27/03 | {SEALED} |
| 206 - 2 | 02/28/03 | {SEALED} |
| 207 - 1 | 03/13/03 | {SEALED} |
| 208 - 1 | 03/26/03 | {SEALED} |
| 208 - 2 | 03/27/03 | {SEALED} |
| 209 - 1 | 06/10/03 | {SEALED} |
| 210 - 1 | 06/11/03 | {SEALED} |
| 210 - 2 | 06/11/03 | {SEALED} |
| 211 - 1 | 06/12/03 | JWS Minute Order referring to MJ Roberts motion for reconsideration of order of 6/10/03 re: approval of expenses for investigative resources (210-2). cc: F. Dewey, MJ Roberts |
| 212 - 1 | 06/19/03 | {SEALED} |
| 212 - 2 | 06/19/03 | {SEALED} |
| 213 - 1 | 06/20/03 | {SEALED} |
| 214 - 1 | 10/08/03 | [Re: DEF 1] Cert cy of 9CCA Judgment/Final Order re: notice of appeal (186-1) that the district court's decision is AFFIRMED.  cc: W. Dewey, M. Rosenbaum (USA), USPO, Judge Sedwick |
| 215 - 1 | 08/03/04 | DEF 1 motion to vacate, set aside, or correct sentence. |
| 216 - 1 | 08/03/04 | DEF 1 motion for leave to proceed in forma pauperis. |
| 217 - 1 | 08/19/04 | [Re: DEF 1] JWS Order Directing Service and Response; clerk to cy USA w/dkt 215; terminating in light of this order: motion for leave to proceed in forma pauperis (216-1); FPD to appint cnsl; cnsl to file amended §2255 motion or notice of no amendment on/before 9/13/04; USA to file ans/other responsive pldg by 10/13/04; case referred to MJ Roberts under LMJRule 4(5).  cc: USA (w/cy of §2255 mot), Def, FPD (CJA Clerk |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
                     "USA V CHENG KOY SAECHAO ET AL"
```

---

                               For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| | | w/cy of §2255 mot), MJ Roberts (w/cy of §2255 mot), PSLC |
| 218 - 1 | 08/23/04 | DEF 1 motion for appointment of counsel w/att. |
| 219 - 1 | 08/24/04 | DEF 1 CJA appointment of W. Dewey. |
| 220 - 1 | 08/24/04 | DEF 1 Attorney Appearance of W. Dewey. |
| 221 - 1 | 09/13/04 | DEF 1 Amended motion to vacate, set aside, or correct sentence w/att exhs. |
| 222 - 1 | 10/12/04 | [Re: DEF 1] PLF 1 motion for extension of time (to 10/27/04) to file response to 28:2255 motion. |
| 223 - 1 | 10/14/04 | [Re: DEF 1] JDR Order granting motion for extension of time (to 10/27/04) to file response to 28:2255 motion (222-1). cc: USA, W. Dewey |
| 224 - 1 | 10/27/04 | [Re: DEF 1] PLF 1 motion to stay proceedings. |
| 225 - 1 | 11/10/04 | DEF 1 motion for bail review hrg w/att exhs. |
| 225 - 2 | 11/10/04 | DEF 1 non-opposition to [Re: DEF 1] PLF 1 motion to stay proceedings (224-1) w/att exhs. |
| 226 - 1 | 11/15/04 | [Re: DEF 1] JDR Minute Order granting motion for bail review hrg (225-1); Bail Review Hrg set for 11/17/04 at 2:30 p.m. cc: USA, W. Dewey, USM, USPO |
| 227 - 1 | 11/17/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for bail review hrg (225-1). |
| 228 - 1 | 11/18/04 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re: Bail Review Hearing; bail DENIED; motion to stay proceedings WITHDRAWN (224-1); gov response to amended mot to vacate due 12/17/04; def reply due 1/14/05. cc: USA, W. Dewey, USM, USPO, Judge Sedwick |
| 229 - 1 | 12/16/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to vacate, set aside, or correct sentence (215-1) w/att exh. |
| 230 - 1 | 01/14/05 | DEF 1 Unopposed motion on shortened time to continue due date for reply memo  until 1/31/05 w/att certification. |
| 231 - 1 | 01/18/05 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time to continue due date for reply memo (230-1); reply brief is due 1/31/05. cc: USA, W. Dewey |
| 232 - 1 | 01/31/05 | DEF 1 Unopposed motion to ext time (to 2/14) to file reply to oppo to 2255 motion, mot to supp, and, in the alternative, mot for writ of coram nobis w/att exh. |
| 233 - 1 | 02/02/05 | [Re: DEF 1] AHB Order granting unopposed motion to ext time (to 2/14) to file reply to oppo to 2255 (232-1). cc: USA, W. Dewey |
| 234 - 1 | 02/14/05 | DEF 1 reply to opposition to DEF 1 motion to vacate, set aside, or correct sentence (215-1). |
| 235 - 1 | 03/24/05 | (WITHDRAWN PER MO AT DKT 237) Initial R&R re: DEF 1 motion to vacate, set aside, or correct sentence (215-1); Recommended be denied; Objections due NOON 04/15/05. Reply due NOON 04/20/05. cc: USA, W. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
                       "USA V CHENG KOY SAECHAO ET AL"
```

---

|  | For all filing dates |
|---|---|

Document #   Filed    Docket text
_____  _____  _____

                      Dewey, Judge Sedwick

236 -    1   04/06/05  [Re: DEF 1] PLF 1 objection to R&R re: DEF 1 motion to vacate, set
                       aside, or correct sentence (215-1).

237 -    1   04/11/05  [Re: DEF 1] JDR Minute Order the R&R at dkt 235 is withdrawn.  The court
                       will issue a revised initial R&R forthwith.  The Clerk to give
                       telephonic notice.  cc: AUSA, F. Dewey

238 -    1   04/14/05  [Re: DEF 1] JDR Revised R&R re: mot to vacate (dkts 215, 221) be denied;
                       objs due NLT noon 4/25/05; responses due NLT noon 5/2/05. cc: USA, F.
                       Dewey, Judge Sedwick

239 -    1   04/18/05  [Re: DEF 1] PLF 1 non-opposition to revised R&R re: mot to vacate, set
                       aside, or correct sentence (215-1).

240 -    1   04/25/05  DEF 1 objection to R&R re: DEF 1 motion to vacate, set aside, or correct
                       sentence (215-1).

241 -    1   05/16/05  Final R&R re: DEF 1 motion to vacate, set aside, or correct sentence.
                       (215-1); MJ declines to modify recommendation; amtter forwarded to USDJ.
                       cc: USA, W. Dewey, Judge Sedwick

242 -    1   05/26/05  [Re: DEF 1] JWS Order denying mot to vacate, set aside, or correct
                       sentence (215-1). cc: USA, W. Dewey, MJ Roberts

243 -    1   05/31/05  [Re: DEF 1] JWS Judgment that def's appl for post-conviction relief
                       (28:2255) is dism. cc: USA, W. Dewey, MJ Roberts

244 -    1   06/20/05  DEF 1 motion (application) for certificate of appealability re: amended
                       mot to set aside, vacate or correct sentence.

245 -    1   06/28/05  DEF 1 appeal to 9CCA of (243-1) filed 05/31/05. cc: W. Dewey, USA, Judge
                       Sedwick, 9CCA

NOTE -  12   07/19/05  Notation (re: Appeal): forwarded appeal to 9CCA

246 -    1   07/19/05  [Re: DEF 1] JWS Order granting motion (application) for certificate of
                       appealability (244-1). cc W. Dewey, USA, 9CCA, Judge Sedwick

247 -    1   08/19/05  [Re: DEF 1] CJA appointment of G. Blair McCune.

NOTE -  13   08/22/05  Notation (re: Appeal): forwarded appoint of CJA atty G. Blair McCune to
                       9CCa.

248 -    1   08/23/05  [Re: DEF 1] Copy of Order from 9CCA (245-1)mot for W. Dewey to w/d as
                       cnsl is GRANTED. Clk to svc this order on R. Curtner (FPD), DC to fax
                       w/i 14 days of appt new cnsl to 9CCA.  New cnsl shall designate
                       reporter's transcript by 10/03/05.  Transcript is due 11/2/05; opening
                       brief & excerpts dur 12/12/05; answering brief due 1/11/05, optional
                       reply brief is due w/i 14 days afer svc of answering brief. Clk shall
                       serve this order on former cnsl. cc:G. McCune, W. Dewey, Judge Sedwick,
                       USA, R. Curtner (FPD), ECR

249 -    1   09/27/05  DEF 1 Transcript Designation/Order Form re: notice of appeal (245-1)
                       none ordered.

250 -    1   09/28/05  [Re: DEF 1] cy 9CCA Certificate of Record. (245-1) cc: USA, G. McCune,
                       Judge Sedwick, 9CCA (original)

ACRS: R_RDSDX            As of 12/27/05 at 09:10 AM by GARRY                Page 15

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0165--CR (JWS)
"USA V CHENG KOY SAECHAO ET AL"

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 251 - 1 | 10/14/05 | {SEALED} |
| 251 - 2 | 10/18/05 | {SEALED} |