UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 06/20/06

To: Clerk's Office                                ATTN: (xx) CIVIL
    Richard H. Chamberlain U.S. Court
    of Appeals Building
    125 South Grand Avenue                              (xx) CRIMINAL
    Pasadena, CA 91105
                                                        ( )JUDGE

From:  Shari Fuhrer
       U.S. District Court
       222 West 7th Avenue, #4
       Anchorage, Alaska 99513


DC No: 3:00-cr-00165 -JWS / 3:04-cv-00162 -JWS          Appeal No: 05-35759

Short title: USA v Saechao

Composition of Record

Clerk's Files in 6 volumes   ( xx) original   () certified copy

    Bulky docs. ___ volumes, docket # ___
                    (folders)

Reporter's   in 1 volumes   (xxx) original   ()certified copy
Transcripts  dkt # 193-199

Exhibits:   in ___ envelopes   () under seal

            in ___ boxes       () under seal

Other: **Note: 4 Sealed Volumes   and 1 Civil File (3:04-cv-00162-JWS)**
       **(certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)


Acknowledgement: _____   Date: _____
"record.app" [11/21/97]